(September 8, 1986)

■ GILBERT DI LUCIA, Appellant, v GEORGE D. SALERNO et al., Respondents.—Judgment, Supreme Court, New York County (David B. Saxe, J.), entered on September 5, 1986,

unanimously affirmed, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Fein, Kassal, Rosenberger and Ellerin, JJ.